797 S.E.2d 801

**Raymond Louis HARVEY, Jr., Appellant,**

**v.**

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 1460-15-3**

Court of Appeals of Virginia.

April 11, 2017

Before Chief Judge Huff, Judges Humphreys, Petty, Beales, Alston, Chafin, Decker, O'Brien, Russell, AtLee and Malveaux

Upon a Petition for Rehearing

On March 6, 2017 came the appellee, by the Attorney General of Virginia, and filed a petition requesting that the Court set aside the judgment rendered herein on February 21,

2017, and grant a rehearing *en banc* on the issue(s) raised in the petition.

On consideration whereof and pursuant to Rule 5A:35 of the Rules of the Supreme Court of Virginia, the petition for rehearing *en banc* is granted and the appeal of those issues is reinstated on the docket of this Court. The mandate previously entered herein is stayed pending the decision of the Court *en banc.*

The parties shall file briefs in compliance with the schedule set forth in Rule 5A:35(b). The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. An electronic version of each brief shall be filed with the Court and served on opposing counsel. In addition, four printed copies of each brief shall be filed. It is further ordered that the appellee shall file an electronic version and four additional copies of the appendix previously filed in this case.[1]

---

1.   The guidelines for filing electronic briefs can be found at www.courts. state.va.us/online/vaces/resources/guidelines.pdf.